In the Matter of the Petition of CATHERINE MURRAY to Render and Settle Her Accounts as Executrix of the Estate of ELLEN HUGHES, Deceased. JOHN HUGHES and JAMES F. HUGHES, Appellants, v. CATHERINE MURRAY, Individually

and as Executrix, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.